**Fill in this information to identify the case:**

Debtor name     TSFG, LLC

United States Bankruptcy Court for the:    Northern District of Georgia

Case number (If known):    23-53596

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025 MM / DD / YYYY to | Filing date | ☑ Operating a business ☐ Other | $ 548,596.25 |
| **For prior year:** | From 01/01/2024 MM / DD / YYYY to | 12/31/2024 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 5,157,422.75 |
| **For the year before that:** | From 01/01/2023 MM / DD / YYYY to | 12/31/2023 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 5,390,937.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From MM / DD / YYYY to | Filing date | | $ |
| **For prior year:** | From MM / DD / YYYY to | MM / DD / YYYY | | $ |
| **For the year before that:** | From MM / DD / YYYY to | MM / DD / YYYY | | $ |

Debtor  TSFG, LLC
_____
Name

Case number (if known) 23-53596
_____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3<br>Creditor's name | | $ 398,453.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Scott Osmon<br>Insider's name<br>803 Division St #1422<br>Nashville, TN 37203<br><br>Relationship to debtor<br>Owner | _____<br>_____<br>_____ | $ 1,286,476.36 | See SOFA 4 Attachment; Debtor is reviewing records and may amend its statement of financial affairs to include additional transfers, if applicable. |
| 4.2. | Laurence McCullough III<br>Insider's name<br>8865 Huntcliff Trace<br>Atlanta, GA 30350<br><br>Relationship to debtor | _____<br>_____<br>_____ | $ 756,577.65 | See SOFA 4 Attachment; Debtor is reviewing records and may amend its statement of financial affairs to include additional transfers, if applicable. |

Debtor    TSFG, LLC                          Case number *(if known)*   23-53596
Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $ _____ |
| 5.2. | _____<br>Creditor's name | | _____ | $ _____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $ _____ |
| | Last 4 digits of account number: XXXX– _____ | | |

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Beacon Sales Acquisition, Inc. v. TSFG, LLC, Scott Osmon, and Laurence McCullough<br><br>**Case number**<br><br>25SL-CC00775<br>_____ | | St. Louis County Circuit Court<br><br><br>105 South Central Avenue<br>Saint Louis, MO 63105 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Case title**<br>_____<br><br>**Case number**<br>_____ | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

---

Debtor    TSFG, LLC
_____    Case number (if known) 23-53596 _____
    Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | RidgeRunners<br>Recipient's name | Wine in the Woods Donation | 10/2024 | $1,000.00 |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

Debtor    TSFG, LLC
_____    Case number (if known)  23-53596
Name    _____

---

| Part 6: | Certain Payments or Transfers |

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Rountree Leitman Klein Geer | Retainer and filing fee | 03/2025 | $ 35,000.00 |
| **Address** | | | |
| 2987 Clairmont Road, Ste. 350 Atlanta, GA 30329 | | | |
| **Email or website address** www.rlkglaw.com | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. | | | $ |
| **Address** | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

---

Debtor     TSFG, LLC
_____     Case number (if known)___23-53596_____
           Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $ _____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $ _____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:     Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 1635 Lazy River Lane<br>Atlanta, GA 30350 | From _04/2022_ | To _04/2024_ |
| 14.2. | | From _____ | To _____ |

Debtor    TSFG, LLC
_____    Case number *(if known)* 23-53596
Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.2.** _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Name, address, phone number, email address

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor ___TSFG, LLC_____    Case number *(if known)* __23-53596_____
     Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Extra Space Storage<br>Name<br>2860 Holcomb Bridge Rd<br>Alpharetta, GA 30022 | Scott Osmon | Old shingles and supplies; ladder | ☐ No<br>☑ Yes |
| Address<br>803 Division St #1422<br>Nashville, TN 37203 | | | |

Debtor    TSFG, LLC                                                    Case number *(if known)* 23-53596
_____Name_____

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____Name_____ | | | $_____ |

| Part 12: | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | _____Name_____ | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____Name_____ | _____Name_____ | | _____ |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **9**

Debtor   TSFG, LLC
_____
Name

Case number *(if known)* 23-53596

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____
Name | | EIN: _____
**Dates business existed**
From _____    To _____ |
| 25.2. | _____
Name | | EIN: _____
**Dates business existed**
From _____    To _____ |
| 25.3. | _____
Name | | EIN: _____
**Dates business existed**
From _____    To _____ |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    TSFG, LLC
_____    Case number *(if known)*  23-53596
Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Steven Boubert | Smart Business Financial Services <br> Name <br> 1841 River Shoals Drive NE, Conyers, GA 30012 | From 04/01/2023 <br> To 03/31/2025 |
| 26a.2.  _____ <br> Name | From _____ <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Steven Boubert | Smart Business Financial Services <br> Name <br> 1841 River Shoals Drive NE, Conyers, GA 30012 | From 04/01/2023 <br> To 03/31/2025 |
| 26b.2.  _____ <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Laurence McCullough III <br> Name <br> 8865 Huntcliff Trace, Atlanta, GA 30350 | |

---

Debtor    TSFG, LLC
_____
Name

Case number (if known) 23-53596
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.   Scott Osmon
Name
803 Division St #1422, Nashville, TN 37203

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.   Arkansas Financial
Name

| Name and address |
|---|

26c.2.   Southern States Bank
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.   _____
Name

Debtor    TSFG, LLC
_____
Name

Case number *(if known)* 23-53596 _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2. _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Osmon | 803 Division St #1422, Nashville, TN 37203 | Owner | 50 |
| Laurence McCullough III | 8865 Huntcliff Trace, Atlanta, GA 30350 | Owner | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Scott Osmon<br>Name<br>803 Division St #1422<br>Nashville, TN 37203 | 198,000.00 | _____ | Owner Draws |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | | |
| Owner | | _____ | |

Debtor ___TSFG, LLC_____     Case number *(if known)* __23-53596_____
        Name

| | Name and address of recipient | 242,250.00 | _____ | Owner Draws |
|---|---|---|---|---|
| 30.2 | Laurence McCullough III | | _____ | |
| | Name | | | |
| | 8865 Huntcliff Trace, Atlanta, GA 30350 | | _____ | |
| | | | _____ | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __04/18/2025__
              MM  / DD  / YYYY

✖ /s/ Scott Osmon                                    Printed name _Scott Osmon_____
_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _Member_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name ___TSFG, LLC_____  Case number *(if known)*___23-53596_____

## Continuation Sheet for Official Form 207

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| | | |
|---|---|---|
| Smart Business Funding Services, Inc. | $125,500.00 | See SOFA 4 Attachment |
| Tern Services, Inc. | $150,443.00 | See SOFA 4 attachment |

**See Attached SOFA Part 2, Question 4**

**26d) Creditors**

**Georgia Banking Company**

**Commercial Finance Partners (FL)**

**Lawrence Financial**

**30) Payments, distributions, or withdrawals credited or given to insiders**

**Name and Address:**

**James A. Marchionni**

**Amount of money or description: $1,150.00**

**Dates: – , – , –**

**Reason: Sales Commissions**

**---**

**Name and Address:**

**Mary Padesky**

**Amount of money or description: $37,583.00**

**Dates: – , – , –**

**Reason: Sales Commissions**

**---**

**Name and Address:**

Debtor Name    TSFG, LLC

Case number *(if known)*   23-53596

## <u>Continuation Sheet for Official Form 207</u>

**803 Division St #1422**
**Nashville, TN 37203**

**Amount of money or description: $63,600.00**

**Dates: − , − , −**

**Reason: Housing**

**---**

**TSFG, LLC d/b/a The Skyfall Group**
**Ch. 11 Case No. 25-53596-JWC**
**SOFA PART 2, QUESTION 3 ATTACHMENT**

| Account | Date | Amount | Payee | Purpose |
|---|---|---|---|---|
| 230034187 | 1/3/2025 | $ (2,261.18) | Ally | Loan Payment |
| 230034187 | 1/3/2025 | $ (1,233.97) | Ally | Loan Payment |
| 230034187 | 1/3/2025 | $ (3,677.60) | Ally | Loan Payment |
| 230034187 | 3/3/2025 | $ (1,032.37) | Ally | Loan Payment |
| 230034187 | 3/3/2025 | $ (1,133.97) | Ally | Loan Payment |
| 230034187 | 3/3/2025 | $ (1,863.60) | Ally | Loan Payment |
| | | **$ (11,202.69)** | | |
| | | | | |
| 230034187 | 1/3/2025 | $ (5,727.00) | Amex | Credit Card Payment |
| 230034187 | 1/8/2025 | $ (15,932.00) | Amex | Credit Card Payment |
| 230034187 | 2/3/2025 | $ (5,727.00) | Amex | Credit Card Payment |
| | | **$ (27,386.00)** | | |
| | | | | |
| 230034187 | 1/3/2025 | $ (32,908.70) | Beacon Building | Supplier |
| 230034187 | 2/10/2025 | $ (30,246.19) | Beacon Building | Supplier |
| | | **$ (63,154.89)** | | |
| | | | | |
| 230034187 | 1/7/2025 | $ (4,996.43) | BerkleyNet | Workers Comp Premiums |
| 230034187 | 2/21/2025 | $ (5,008.92) | BerkleyNet | Workers Comp Premiums |
| 230034187 | 3/26/2025 | $ (5,015.17) | BerkleyNet | Workers Comp Premiums |
| | | **$ (15,020.52)** | | |
| | | | | |
| 230034187 | 1/6/2025 | $ (5,284.05) | Crossroads @ The Gulch | Rent - TN |
| 230034187 | 2/5/2025 | $ (5,297.94) | Crossroads @ The Gulch | Rent - TN |
| | | **$ (10,581.99)** | | |
| | | | | |
| 230034187 | 1/3/2025 | $ (4,980.12) | Ford Motor Credit | Loan Payment |
| 230034187 | 1/3/2025 | $ (5,478.66) | Ford Motor Credit | Loan Payment |
| 230034187 | 1/3/2025 | $ (3,654.04) | Ford Motor Credit | Loan Payment |
| 230034187 | 1/3/2025 | $ (5,493.06) | Ford Motor Credit | Loan Payment |
| 230034187 | 2/27/2025 | $ (9,627.94) | Ford Motor Credit | Loan Payment |
| | | **$ (29,233.82)** | | |
| | | | | |
| 230034187 | 1/3/2025 | $ (10,000.00) | Georgia Banking Company | Loan Payment |
| 230034187 | 2/3/2025 | $ (10,000.00) | Georgia Banking Company | Loan Payment |
| 230034187 | 3/7/2025 | $ (10,000.00) | Georgia Banking Company | Loan Payment |
| | | **$ (30,000.00)** | | |
| | | | | |
| 230034187 | 1/6/2025 | $ (5,077.89) | IPFS | Insurance Premiums |
| 230034187 | 2/19/2025 | $ (5,331.53) | IPFS | Insurance Premiums |
| 230034187 | 3/25/2025 | $ (5,331.53) | IPFS | Insurance Premiums |
| | | **$ (15,740.95)** | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 230034187 | 1/14/2025 | $ | (73,350.47) | IRS | Taxes |
| 230034187 | 1/30/2025 | $ | (10.82) | IRS | Taxes |
| | | **$** | **(73,361.29)** | | |
| | | | | | |
| 230034187 | 1/10/2025 | $ | (12,483.70) | PIRS Capital | MCA Loan |
| 230034187 | 1/17/2025 | $ | (12,483.70) | PIRS Capital | MCA Loan |
| 230034187 | 1/24/2025 | $ | (12,483.70) | PIRS Capital | MCA Loan |
| 230034187 | 1/31/2025 | $ | (12,483.70) | PIRS Capital | MCA Loan |
| 230034187 | 2/7/2025 | $ | (12,483.70) | PIRS Capital | MCA Loan |
| 230034187 | 2/14/2025 | $ | (12,483.70) | PIRS Capital | MCA Loan |
| 230034187 | 2/21/2025 | $ | (12,483.70) | PIRS Capital | MCA Loan |
| 230034187 | 2/28/2025 | $ | (12,483.70) | PIRS Capital | MCA Loan |
| 230034187 | 3/7/2025 | $ | (12,483.70) | PIRS Capital | MCA Loan |
| | | **$** | **(112,353.30)** | | |
| | | | | | |
| 230034187 | 1/3/2025 | $ | (3,484.68) | State Automobile Ins | Insurance Premiums |
| 230034187 | 2/4/2025 | $ | (3,466.79) | State Automobile Ins | Insurance Premiums |
| 230034187 | 3/4/2025 | $ | (3,466.79) | State Automobile Ins | Insurance Premiums |
| | | **$** | **(10,418.26)** | | |
| | **Total** | **$** | **(398,453.71)** | | |

**TSFG, LLC**
**CH. 11 CASE NO. 25-53596**
**SOFA 4 ATTACHMENT - SCOTT OSMON**

| DATE | AMOUNT | PAYEE | PURPOSE |
|---|---|---|---|
| 9/16/2024 | ($268.52) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/3/2024 | ($130.70) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/7/2024 | ($360.40) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/11/2024 | ($39.32) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/22/2024 | ($1,233.94) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/22/2024 | ($3,000.00) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/25/2024 | ($715.50) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/30/2024 | ($8,953.49) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/31/2024 | ($122.21) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCullough |
| 11/19/2024 | ($257.58) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCullough |
| 11/26/2024 | ($167.46) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCullough |
| 12/4/2024 | ($2,016.95) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCullough |
| 12/6/2024 | ($8,669.36) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCullough |
| 12/24/2024 | ($30,332.33) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCullough |
| 1/31/2025 | ($68.38) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCullough |
| 8/16/2024 | ($120.73) | Beacon Sales Acquisition | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/22/2024 | ($2,331.24) | Beacon Sales Acquisition | Personal guarantees by Scott Osmon and Laurence McCullough |
| 11/26/2024 | ($30,563.82) | Beacon Sales Acquisition | Personal guarantees by Scott Osmon and Laurence McCullough |
| 12/23/2024 | ($188.09) | Beacon Sales Acquisition | Personal guarantees by Scott Osmon and Laurence McCullough |
| 1/3/2025 | ($32,908.70) | Beacon Sales Acquisition | Personal guarantees by Scott Osmon and Laurence McCullough |
| 2/10/2025 | ($30,246.19) | Beacon Sales Acquisition | Personal guarantees by Scott Osmon and Laurence McCullough |
| 4/2/2024 | ($2,500.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCullough |
| 5/8/2024 | ($2,500.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCullough |
| 7/3/2024 | ($10,000.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCullough |
| 8/2/2024 | ($10,000.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCullough |
| 9/3/2024 | ($10,000.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/3/2024 | ($10,000.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCullough |
| 11/4/2024 | ($37,858.27) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCullough |
| 12/4/2024 | ($10,000.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCullough |
| 1/3/2025 | ($10,000.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCullough |
| 2/3/2025 | ($10,000.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCullough |
| 3/7/2025 | ($10,000.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCullough |
| 4/5/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |

| Date | Amount | Description | Guarantees |
|---|---|---|---|
| 4/12/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 4/19/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 4/26/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 5/3/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 5/10/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 5/17/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 5/24/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 5/31/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 6/7/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 6/14/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 6/21/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 6/28/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 7/5/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 7/15/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 7/19/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 7/26/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 8/2/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 8/9/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 8/16/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 8/23/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 8/30/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 9/6/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 9/13/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 9/20/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 9/27/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/4/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/11/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/18/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/25/2024 | ($4,647.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCullough |
| 4/5/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 4/15/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 4/22/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 4/26/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 5/3/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 5/10/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 5/20/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 5/28/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 6/3/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |

| | | | |
|---|---|---|---|
| 6/7/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 6/17/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 6/24/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 7/1/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 7/8/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 7/15/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 7/22/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 7/29/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 8/5/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 8/12/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 8/19/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 8/26/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 9/3/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 9/9/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 9/16/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 9/23/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 9/30/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/7/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/15/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/21/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 10/28/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 11/4/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 11/12/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 11/18/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 11/25/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 12/2/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 12/9/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 12/16/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 12/23/2024 | ($2,521.15) | OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCullough |
| 1/10/2025 | ($12,483.70) | PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCullough |
| 1/17/2025 | ($12,483.70) | PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCullough |
| 1/24/2025 | ($12,483.70) | PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCullough |
| 1/31/2025 | ($12,483.70) | PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCullough |
| 2/7/2025 | ($12,483.70) | PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCullough |
| 2/14/2025 | ($12,483.70) | PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCullough |
| 2/21/2025 | ($12,483.70) | PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCullough |
| 2/28/2025 | ($12,483.70) | PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCullough |
| 3/7/2025 | ($12,483.70) | PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCullough |

| Date | Amount | Payee | Notes |
|---|---|---|---|
| 8/6/2024 | ($7,455.51) | PNC Bank | Personal guarantees by Scott Osmon and Laurence McCullough |
| 4/9/2024 | ($983.11) | ALLY FINANCIAL - MERCEDES SPRINTER | Personal guaranty by Scott Osmon |
| 6/11/2024 | ($983.11) | ALLY FINANCIAL - MERCEDES SPRINTER | Personal guaranty by Scott Osmon |
| 7/15/2024 | ($983.11) | ALLY FINANCIAL - MERCEDES SPRINTER | Personal guaranty by Scott Osmon |
| 8/26/2024 | ($1,966.22) | ALLY FINANCIAL - MERCEDES SPRINTER | Personal guaranty by Scott Osmon |
| 9/23/2024 | ($983.11) | ALLY FINANCIAL - MERCEDES SPRINTER | Personal guaranty by Scott Osmon |
| 11/18/2024 | ($1,966.22) | ALLY FINANCIAL - MERCEDES SPRINTER | Personal guaranty by Scott Osmon |
| 4/1/2024 | ($5,000.00) | American Express | Personal guaranty by Scott Osmon |
| 4/2/2024 | ($11,537.52) | American Express | Personal guaranty by Scott Osmon |
| 4/8/2024 | ($4,751.69) | American Express | Personal guaranty by Scott Osmon |
| 4/8/2024 | ($20,000.00) | American Express | Personal guaranty by Scott Osmon |
| 4/10/2024 | ($3,275.27) | American Express | Personal guaranty by Scott Osmon |
| 4/19/2024 | ($3,243.74) | American Express | Personal guaranty by Scott Osmon |
| 4/23/2024 | ($5,367.85) | American Express | Personal guaranty by Scott Osmon |
| 4/29/2024 | ($1,851.01) | American Express | Personal guaranty by Scott Osmon |
| 4/30/2024 | ($25,000.00) | American Express | Personal guaranty by Scott Osmon |
| 5/1/2024 | ($1,000.00) | American Express | Personal guaranty by Scott Osmon |
| 5/2/2024 | ($20,448.44) | American Express | Personal guaranty by Scott Osmon |
| 5/6/2024 | ($1,999.59) | American Express | Personal guaranty by Scott Osmon |
| 5/9/2024 | ($6,000.00) | American Express | Personal guaranty by Scott Osmon |
| 5/9/2024 | ($73,402.45) | American Express | Personal guaranty by Scott Osmon |
| 5/14/2024 | ($3,100.00) | American Express | Personal guaranty by Scott Osmon |
| 5/15/2024 | ($7,714.24) | American Express | Personal guaranty by Scott Osmon |
| 5/20/2024 | ($25,000.00) | American Express | Personal guaranty by Scott Osmon |
| 5/21/2024 | ($8,000.00) | American Express | Personal guaranty by Scott Osmon |
| 5/23/2024 | ($16,500.00) | American Express | Personal guaranty by Scott Osmon |
| 5/24/2024 | ($8,485.99) | American Express | Personal guaranty by Scott Osmon |
| 5/28/2024 | ($1,833.35) | American Express | Personal guaranty by Scott Osmon |
| 5/28/2024 | ($8,170.72) | American Express | Personal guaranty by Scott Osmon |
| 5/30/2024 | ($12,000.00) | American Express | Personal guaranty by Scott Osmon |
| 6/3/2024 | ($7,210.88) | American Express | Personal guaranty by Scott Osmon |
| 6/4/2024 | ($27,000.00) | American Express | Personal guaranty by Scott Osmon |
| 6/6/2024 | ($19,000.00) | American Express | Personal guaranty by Scott Osmon |
| 6/10/2024 | ($8,003.68) | American Express | Personal guaranty by Scott Osmon |
| 6/13/2024 | ($16,081.82) | American Express | Personal guaranty by Scott Osmon |
| 6/14/2024 | ($32,000.00) | American Express | Personal guaranty by Scott Osmon |
| 6/17/2024 | ($1,675.65) | American Express | Personal guaranty by Scott Osmon |
| 6/18/2024 | ($21,480.34) | American Express | Personal guaranty by Scott Osmon |

| Date | Amount | Creditor | Note |
|---|---|---|---|
| 6/20/2024 | ($1,000.00) | American Express | Personal guaranty by Scott Osmon |
| 6/24/2024 | ($20,000.00) | American Express | Personal guaranty by Scott Osmon |
| 6/25/2024 | ($2,315.96) | American Express | Personal guaranty by Scott Osmon |
| 6/26/2024 | ($1,000.00) | American Express | Personal guaranty by Scott Osmon |
| 6/26/2024 | ($9,000.00) | American Express | Personal guaranty by Scott Osmon |
| 6/27/2024 | ($8,892.67) | American Express | Personal guaranty by Scott Osmon |
| 6/28/2024 | ($4,000.00) | American Express | Personal guaranty by Scott Osmon |
| 6/28/2024 | ($9,000.00) | American Express | Personal guaranty by Scott Osmon |
| 7/8/2024 | ($5,000.00) | American Express | Personal guaranty by Scott Osmon |
| 7/8/2024 | ($15,000.00) | American Express | Personal guaranty by Scott Osmon |
| 7/9/2024 | ($20,707.33) | American Express | Personal guaranty by Scott Osmon |
| 7/15/2024 | ($18,000.00) | American Express | Personal guaranty by Scott Osmon |
| 9/19/2024 | ($15,932.00) | American Express | Personal guaranty by Scott Osmon |
| 9/19/2024 | ($5,727.00) | American Express | Personal guaranty by Scott Osmon |
| 11/4/2024 | ($5,727.00) | American Express | Personal guaranty by Scott Osmon |
| 11/8/2024 | ($15,932.00) | American Express | Personal guaranty by Scott Osmon |
| 12/3/2024 | ($5,727.00) | American Express | Personal guaranty by Scott Osmon |
| 12/9/2024 | ($15,932.00) | American Express | Personal guaranty by Scott Osmon |
| 1/3/2025 | ($5,727.00) | American Express | Personal guaranty by Scott Osmon |
| 1/8/2025 | ($15,932.00) | American Express | Personal guaranty by Scott Osmon |
| 2/3/2025 | ($5,727.00) | American Express | Personal guaranty by Scott Osmon |
| 6/11/2024 | ($1,670.64) | Bank of America - Tesla | Personal guaranty by Scott Osmon |
| 7/16/2024 | ($3,341.28) | Bank of America - Tesla | Personal guaranty by Scott Osmon |
| 8/29/2024 | ($3,441.28) | Bank of America - Tesla | Personal guaranty by Scott Osmon |
| 9/30/2024 | ($1,670.64) | Bank of America - Tesla | Personal guaranty by Scott Osmon |
| 11/18/2024 | ($3,341.28) | Bank of America - Tesla | Personal guaranty by Scott Osmon |
| 1/6/2025 | ($3,341.28) | Bank of America - Tesla | Personal guaranty by Scott Osmon |
| 4/9/2024 | ($1,777.02) | Ford Motor Credit | Personal guaranty by Scott Osmon |
| 6/11/2024 | ($1,777.02) | Ford Motor Credit | Personal guaranty by Scott Osmon |
| 7/15/2024 | ($1,827.02) | Ford Motor Credit | Personal guaranty by Scott Osmon |
| 8/28/2024 | ($3,654.04) | Ford Motor Credit | Personal guaranty by Scott Osmon |
| 9/23/2024 | ($1,827.02) | Ford Motor Credit | Personal guaranty by Scott Osmon |
| 12/9/2024 | ($3,604.04) | Ford Motor Credit | Personal guaranty by Scott Osmon |
| 1/3/2025 | ($3,654.04) | Ford Motor Credit | Personal guaranty by Scott Osmon |
| | ($1,286,476.36) | | |

**TSFG, LLC**

**CH. 11 CASE NO. 25-53596**

**SOFA 4 ATTACHMENT - LAURENCE MCCULLOUGH**

| DATE | AMOUNT | PAYEE | PURPOSE |
|---|---|---|---|
| 4/9/2024 | ($1,813.80) | ALLY FINANCIAL - FORD BRONCO | Personal guaranty by Laurence McCullough |
| 5/2/2024 | ($1,183.97) | ALLY FINANCIAL - FORD BRONCO | Personal guaranty by Laurence McCullough |
| 5/24/2024 | ($1,863.80) | ALLY FINANCIAL - FORD BRONCO | Personal guaranty by Laurence McCullough |
| 6/11/2024 | ($1,813.80) | ALLY FINANCIAL - FORD BRONCO | Personal guaranty by Laurence McCullough |
| 8/26/2024 | ($1,813.80) | ALLY FINANCIAL - FORD BRONCO | Personal guaranty by Laurence McCullough |
| 9/9/2024 | ($1,813.80) | ALLY FINANCIAL - FORD BRONCO | Personal guaranty by Laurence McCullough |
| 10/11/2024 | ($1,813.80) | ALLY FINANCIAL - FORD BRONCO | Personal guaranty by Laurence McCullough |
| 11/18/2024 | ($1,813.80) | ALLY FINANCIAL - FORD BRONCO | Personal guaranty by Laurence McCullough |
| 1/3/2025 | ($2,261.18) | ALLY FINANCIAL - FORD BRONCO | Personal guaranty by Laurence McCullough |
| 1/3/2025 | ($3,677.60) | ALLY FINANCIAL - FORD BRONCO | Personal guaranty by Laurence McCullough |
| 3/3/2025 | ($1,863.60) | ALLY FINANCIAL - FORD BRONCO | Personal guaranty by Laurence McCullough |
| 9/9/2024 | ($1,133.97) | ALLY FINANCIAL - FORD F150 | Personal guaranty by Laurence McCullough |
| 9/30/2024 | ($1,333.97) | ALLY FINANCIAL - FORD F150 | Personal guaranty by Laurence McCullough |
| 11/18/2024 | ($1,133.97) | ALLY FINANCIAL - FORD F150 | Personal guaranty by Laurence McCullough |
| 12/9/2024 | ($1,133.97) | ALLY FINANCIAL - FORD F150 | Personal guaranty by Laurence McCullough |
| 1/3/2025 | ($1,233.97) | ALLY FINANCIAL - FORD F150 | Personal guaranty by Laurence McCullough |
| 3/3/2025 | ($1,032.37) | ALLY FINANCIAL - FORD F150 | Personal guaranty by Laurence McCullough |
| 3/3/2025 | ($1,133.97) | ALLY FINANCIAL - FORD F150 | Personal guaranty by Laurence McCullough |
| 4/8/2024 | ($1,133.97) | ALLY FINANCIAL - FORD F150 | Personal guaranty by Laurence McCullough |
| 6/11/2024 | ($1,133.97) | ALLY FINANCIAL - FORD F150 | Personal guaranty by Laurence McCullough |
| 7/15/2024 | ($1,133.97) | ALLY FINANCIAL - FORD F150 | Personal guaranty by Laurence McCullough |
| 8/26/2024 | ($1,133.97) | ALLY FINANCIAL - FORD F150 | Personal guaranty by Laurence McCullough |
| 9/30/2024 | ($1,963.80) | ALLY FINANCIAL - FORD F150 | Personal guaranty by Laurence McCullough |
| 4/8/2024 | ($2,440.06) | Ford Motor Credit | Personal guaranty by Laurence McCullough |
| 4/9/2024 | ($2,714.33) | Ford Motor Credit | Personal guaranty by Laurence McCullough |
| 5/28/2024 | ($2,440.06) | Ford Motor Credit | Personal guaranty by Laurence McCullough |
| 6/11/2024 | ($2,490.06) | Ford Motor Credit | Personal guaranty by Laurence McCullough |
| 6/11/2024 | ($2,764.33) | Ford Motor Credit | Personal guaranty by Laurence McCullough |

| Date | Amount | Creditor | Description |
|---|---|---|---|
| 7/15/2024 | ($2,440.06) | Ford Motor Credit | Personal guaranty by Laurence McCullough |
| 7/15/2024 | ($5,478.66) | Ford Motor Credit | Personal guaranty by Laurence McCullough |
| 8/28/2024 | ($2,490.06) | Ford Motor Credit | Personal guaranty by Laurence McCullough |
| 8/28/2024 | ($2,714.33) | Ford Motor Credit | Personal guaranty by Laurence McCullough |
| 9/9/2024 | ($2,490.06) | Ford Motor Credit | Personal guaranty by Laurence McCullough |
| 9/23/2024 | ($2,764.33) | Ford Motor Credit | Personal guaranty by Laurence McCullough |
| 9/30/2024 | ($2,440.06) | Ford Motor Credit | Personal guaranty by Laurence McCullough |
| 10/11/2024 | ($2,764.33) | Ford Motor Credit | Personal guaranty by Laurence McCullough |
| 11/18/2024 | ($2,440.06) | Ford Motor Credit | Personal guaranty by Laurence McCullough |
| 11/18/2024 | ($2,714.33) | Ford Motor Credit | Personal guaranty by Laurence McCullough |
| 1/3/2025 | ($4,980.12) | Ford Motor Credit | Personal guaranty by Laurence McCullough |
| 1/3/2025 | ($5,478.66) | Ford Motor Credit | Personal guaranty by Laurence McCullough |
| 4/9/2024 | ($2,696.53) | Ford Credit - Lincoln Navigator | Personal guaranty by Laurence McCullough |
| 6/25/2024 | ($5,443.06) | Ford Credit - Lincoln Navigator | Personal guaranty by Laurence McCullough |
| 8/28/2024 | ($5,443.06) | Ford Credit - Lincoln Navigator | Personal guaranty by Laurence McCullough |
| 9/23/2024 | ($2,746.53) | Ford Credit - Lincoln Navigator | Personal guaranty by Laurence McCullough |
| 12/9/2024 | ($5,443.06) | Ford Credit - Lincoln Navigator | Personal guaranty by Laurence McCullough |
| 1/3/2025 | ($5,493.06) | Ford Credit - Lincoln Navigator | Personal guaranty by Laurence McCullough |
| 2/27/2025 | ($9,627.94) | Ford Credit - Lincoln Navigator | Personal guaranty by Laurence McCullough |
| 9/16/2024 | ($268.52) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/3/2024 | ($130.70) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/7/2024 | ($360.40) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/11/2024 | ($39.32) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/22/2024 | ($1,233.94) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/22/2024 | ($3,000.00) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/25/2024 | ($715.50) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/30/2024 | ($8,953.49) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/31/2024 | ($122.21) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCul |
| 11/19/2024 | ($257.58) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCul |
| 11/26/2024 | ($167.46) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCul |
| 12/4/2024 | ($2,016.95) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCul |
| 12/6/2024 | ($8,669.36) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCul |
| 12/24/2024 | ($30,332.33) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCul |

| 1/31/2025 | ($68.38) | ABC Supply | Personal guarantees by Scott Osmon and Laurence McCul |
| 8/16/2024 | ($120.73) | Beacon Sales Acquisition | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/22/2024 | ($2,331.24) | Beacon Sales Acquisition | Personal guarantees by Scott Osmon and Laurence McCul |
| 11/26/2024 | ($30,563.82) | Beacon Sales Acquisition | Personal guarantees by Scott Osmon and Laurence McCul |
| 12/23/2024 | ($188.09) | Beacon Sales Acquisition | Personal guarantees by Scott Osmon and Laurence McCul |
| 1/3/2025 | ($32,908.70) | Beacon Sales Acquisition | Personal guarantees by Scott Osmon and Laurence McCul |
| 2/10/2025 | ($30,246.19) | Beacon Sales Acquisition | Personal guarantees by Scott Osmon and Laurence McCul |
| 4/2/2024 | ($2,500.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCul |
| 5/8/2024 | ($2,500.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCul |
| 7/3/2024 | ($10,000.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCul |
| 8/2/2024 | ($10,000.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCul |
| 9/3/2024 | ($10,000.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/3/2024 | ($10,000.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCul |
| 11/4/2024 | ($37,858.27) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCul |
| 12/4/2024 | ($10,000.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCul |
| 1/3/2025 | ($10,000.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCul |
| 2/3/2025 | ($10,000.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCul |
| 3/7/2025 | ($10,000.00) | Georgia Banking Company | Personal guarantees by Scott Osmon and Laurence McCul |
| 4/5/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 4/12/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 4/19/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 4/26/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 5/3/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 5/10/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 5/17/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 5/24/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 5/31/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 6/7/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 6/14/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 6/21/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 6/28/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 7/5/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 7/15/2024 | ($4,671.00) | LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |

| 7/19/2024 | ($4,671.00) LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
|---|---|---|
| 7/26/2024 | ($4,671.00) LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 8/2/2024 | ($4,671.00) LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 8/9/2024 | ($4,671.00) LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 8/16/2024 | ($4,671.00) LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 8/23/2024 | ($4,671.00) LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 8/30/2024 | ($4,671.00) LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 9/6/2024 | ($4,671.00) LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 9/13/2024 | ($4,671.00) LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 9/20/2024 | ($4,671.00) LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 9/27/2024 | ($4,671.00) LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/4/2024 | ($4,671.00) LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/11/2024 | ($4,671.00) LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/18/2024 | ($4,671.00) LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/25/2024 | ($4,647.00) LG Funding LLC/LG Funding TSFG LLC ACH | Personal guarantees by Scott Osmon and Laurence McCul |
| 4/5/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 4/15/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 4/22/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 4/26/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 5/3/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 5/10/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 5/20/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 5/28/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 6/3/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 6/7/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 6/17/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 6/24/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 7/1/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 7/8/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 7/15/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 7/22/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 7/29/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 8/5/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |

| 8/12/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
|---|---|---|
| 8/19/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 8/26/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 9/3/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 9/9/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 9/16/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 9/23/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 9/30/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/7/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/15/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/21/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 10/28/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 11/4/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 11/12/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 11/18/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 11/25/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 12/2/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 12/9/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 12/16/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 12/23/2024 | ($2,521.15) OnDeck Capital | Personal guarantees by Scott Osmon and Laurence McCul |
| 1/10/2025 | ($12,483.70) PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCul |
| 1/17/2025 | ($12,483.70) PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCul |
| 1/24/2025 | ($12,483.70) PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCul |
| 1/31/2025 | ($12,483.70) PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCul |
| 2/7/2025 | ($12,483.70) PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCul |
| 2/14/2025 | ($12,483.70) PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCul |
| 2/21/2025 | ($12,483.70) PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCul |
| 2/28/2025 | ($12,483.70) PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCul |
| 3/7/2025 | ($12,483.70) PIRS Capital LLC | Personal guarantees by Scott Osmon and Laurence McCul |
| 8/6/2024 | ($7,455.51) PNC Bank | Personal guarantees by Scott Osmon and Laurence McCul |
| | ($756,577.65) | |

**TSFG, LLC**
**CH. 11 CASE NO. 25-53596**
**SOFA 4 ATTACHMENT - SBFS, INC. AND TERN SERVICES**

| DATE | AMOUNT | PAYEE | PURPOSE |
|------|--------|-------|---------|
| 8/9/2024 | ($20,500.00) | Smart Business Funding Services, Inc. | Loan Repayment - Company owned by relative of Laurence McCullough |
| 8/12/2024 | ($20,500.00) | Smart Business Funding Services, Inc. | Loan Repayment - Company owned by relative of Laurence McCullough |
| 8/14/2024 | ($20,500.00) | Smart Business Funding Services, Inc. | Loan Repayment - Company owned by relative of Laurence McCullough |
| 8/19/2024 | ($20,000.00) | Smart Business Funding Services, Inc. | Loan Repayment - Company owned by relative of Laurence McCullough |
| 8/21/2024 | ($24,000.00) | Smart Business Funding Services, Inc. | Loan Repayment - Company owned by relative of Laurence McCullough |
| 8/22/2024 | ($20,000.00) | Smart Business Funding Services, Inc. | Loan Repayment - Company owned by relative of Laurence McCullough |
| 11/26/2024 | ($100,443.00) | Tern Services, Inc. | Loan Repayment - Company owned by relative of Laurence McCullough |
| 12/20/2024 | ($30,000.00) | Tern Services, Inc. | Loan Repayment - Company owned by relative of Laurence McCullough |
| 12/27/2024 | ($20,000.00) | Tern Services, Inc. | Loan Repayment - Company owned by relative of Laurence McCullough |

**Fill in this information to identify the case:**

Debtor name _____TSFG, LLC_____

United States Bankruptcy Court for the: Northern District of Georgia
                                                        (State)
Case number (If known): ___23-53596_____

☐ Check if this is an
   amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ..........................................................   $ _____0.00__

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* .........................................................   $ _____738,875.94__

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ..........................................................   $ _____738,875.94__

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................   $ ___1,538,785.00__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................   $ _____0.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ....................   +$ ___1,266,620.00__

4. **Total liabilities** ..........................................................................   $ ___2,805,405.00__
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___TSFG, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___23-53596___

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                 $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Georgia Banking Company 4187 | Checking | 4  1  8  7 | $ 43,593.33 |
| 3.2. See continuation sheet | | | $ 726.24 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____     $_____
   4.2. _____     $_____

5. **Total of Part 1**                                                              $ 44,319.57

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. Security deposit on Nashville lease                                          $ 600.00
   7.2. _____     $_____

Debtor    TSFG, LLC
_____
Name

Case number (if known) 23-53596

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 600.00

---

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:  224,939.64  –  0.00  = ➡    $ 224,939.64
face amount        doubtful or uncollectible accounts

11b. Over 90 days old:  47,216.73  –  0.00  = ➡    $ 47,216.73
face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 272,156.37

---

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 2

Debtor ___TSFG, LLC_____    Case number _(if known)__23-53596_____
        Name

---

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** Spare wood, trim metal, underlayment | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | 300.00 $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 300.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor    TSFG, LLC
_____
Name

Case number *(if known)* 23-53596

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>10 iPads used in the construction field | $_____ | _____ | $ 500.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Debtor | TSFG, LLC | Case number *(if known)* | 23-53596 |
|---|---|---|---|
| | Name | | |

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  2019 Tesla Model X | $ 42,155.00 | | $ 45,000.00 |
| 47.2  2022 Lincoln Navigator L | $ 56,901.00 | | $ 70,000.00 |
| 47.3  2022 Ford F250 | $ 45,347.00 | | $ 60,000.00 |
| 47.4  See continuation sheet | $ 258,541.00 | | $ 246,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $ | | $ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $ 421,000.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☑  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

---

Debtor     TSFG, LLC
           _____          Case number (if known)  23-53596
           Name                                                                      _____

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  803 Division St #1422, Nashville, TN 37203 | leasehold | $_____ | _____ | 0.00<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | 0.00<br>$_____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61.  **Internet domain names and websites**<br>theskyfallgroup.com | $_____ | _____ | Unknown<br>$_____ |
| 62.  **Licenses, franchises, and royalties**<br>See continuation sheet | 0.00<br>$_____ | _____ | Unknown<br>$_____ |
| 63.  **Customer lists, mailing lists, or other compilations**<br>Customer List | $_____ | _____ | Unknown<br>$_____ |
| 64.  **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65.  **Goodwill**<br>Previous company's debt paid by principals | 147,324.74<br>$_____ | _____ | 0.00<br>$_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | 0.00<br>$_____ |

---

Debtor     TSFG, LLC
           _____     Case number (if known) 23-53596
           Name

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

_____  0.00 _____ — 0.00 _____ = ➔  $ 0.00 _____
                                 Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Possible refund due to amended return
_____   Tax year 2022 _____  $ Unknown _____
_____   Tax year _____       $ _____
_____   Tax year _____       $ _____

**73. Interests in insurance policies or annuities**

_____                          $ _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          $ _____

Nature of claim        _____

Amount requested    $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $ _____

Nature of claim        _____

Amount requested    $ _____

**76. Trusts, equitable or future interests in property**

_____                          $ _____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                          $ _____

_____                          $ _____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          | $ 0.00 _____ |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    TSFG, LLC
        Name

Case number (if known)    23-53596

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 44,319.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 272,156.37 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 300.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 421,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $ 738,875.94 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..............738,875.94 ..............    $ 738,875.94

| Debtor 1 | TSFG, LLC | | 23-53596 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | Case number *(if known)* |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| PNC 7556 | Checking | 7556 |
| Balance: 117.36 | | |
| Chase | Checking | 5835 |
| Balance: 608.88 | | |

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 2022 Ford F250 | 49,999.00 | | 70,000.00 |
| 2021 Ford Bronco | 63,450.00 | | 50,000.00 |
| 2019 Mercedes Sprinter | 23,386.00 | | 35,000.00 |
| 2022 Ford F150 | 78,009.00 | | 41,000.00 |
| 2022 Ford F150 | 43,697.00 | | 50,000.00 |

**62) Licenses, franchises, and royalties**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Georgia Business License | | | Unknown |
| Tennessee Business License | | | Unknown |

# TSFG LLC

CH. 11 CASE NO. 25-53596-JWC

## A/R Aging Summary

As of March 31, 2025

SCHEDULE A/B, QUESTION 11 - ACCOUNTS RECEIVABLE

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Appartments, Sid Crocker (3273) | | | | | | $0.00 |
| 2024-2131 | | | | | -0.01 | $ -0.01 |
| **Total Appartments, Sid Crocker (3273)** | | | | | **-0.01** | **$ -0.01** |
| Branicki, Tom (163) | | | | | | $0.00 |
| 2022-1524 | | | | | 675.00 | $675.00 |
| **Total Branicki, Tom (163)** | | | | | **675.00** | **$675.00** |
| Brown, David & Shiela (3751) | | | | | | $0.00 |
| 2024-2470 | | | | 7,312.92 | | $7,312.92 |
| **Total Brown, David & Shiela (3751)** | | | | **7,312.92** | | **$7,312.92** |
| Busby, David (3482) | | | | | | $0.00 |
| 2024-2127 | | | | | -0.09 | $ -0.09 |
| **Total Busby, David (3482)** | | | | | **-0.09** | **$ -0.09** |
| Carver, Hannah (3682) | | | | | | $0.00 |
| 2024-2242 | | | | | 950.00 | $950.00 |
| **Total Carver, Hannah (3682)** | | | | | **950.00** | **$950.00** |
| Church, Kairos (3986) | | | | | | $0.00 |
| 2025-2493 | 11,565.13 | | | | | $11,565.13 |
| **Total Church, Kairos (3986)** | **11,565.13** | | | | | **$11,565.13** |
| couch, Rob (2798) | | | | | | $0.00 |
| 2024-2428 | | | | | 12,931.21 | $12,931.21 |
| **Total couch, Rob (2798)** | | | | | **12,931.21** | **$12,931.21** |
| Crow, David and Lisa (3550) | | | | | | $0.00 |
| 2024-2227 | | | | | 999.00 | $999.00 |
| **Total Crow, David and Lisa (3550)** | | | | | **999.00** | **$999.00** |
| Dunfee, Leslie (4298) | | | | | | $0.00 |
| 2025-2490 | | 6,617.02 | | | | $6,617.02 |
| **Total Dunfee, Leslie (4298)** | | **6,617.02** | | | | **$6,617.02** |
| Farr, Terrell (4382) | | | | | | $0.00 |
| 2025-2503 | 11,810.00 | | | | | $11,810.00 |
| **Total Farr, Terrell (4382)** | **11,810.00** | | | | | **$11,810.00** |
| Faulkner, Kurt (4347) | | | | | | $0.00 |
| 2025-2505 | 23,016.54 | | | | | $23,016.54 |
| **Total Faulkner, Kurt (4347)** | **23,016.54** | | | | | **$23,016.54** |
| Flores, Lisa (3779) | | | | | | $0.00 |
| 2024-2296 | | | | | 700.00 | $700.00 |
| **Total Flores, Lisa (3779)** | | | | | **700.00** | **$700.00** |
| Fox, Matt (1138) | | | | | | $0.00 |
| 2021-1340 | | | | | 625.12 | $625.12 |
| **Total Fox, Matt (1138)** | | | | | **625.12** | **$625.12** |
| Grayer, Curt (2466) | | | | | 0.00 | $0.00 |
| Hardin, Sheena / Zach (3773) | | | | | | $0.00 |
| 2024-2387 | | | | | 2,670.11 | $2,670.11 |

# TSFG LLC

## A/R Aging Summary

### As of March 31, 2025

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| **Total Hardin, Sheena / Zach (3773)** | | | | | **2,670.11** | **$2,670.11** |
| Hawkins, Gladys (3016) | | | | | | $0.00 |
| 2023-1909 | | | | | 293.57 | $293.57 |
| **Total Hawkins, Gladys (3016)** | | | | | **293.57** | **$293.57** |
| Head, David (4236) | | | | | | $0.00 |
| 2025-2504 | 806.80 | | | | | $806.80 |
| **Total Head, David (4236)** | **806.80** | | | | | **$806.80** |
| Howard, Pat (3835) | | | | | | $0.00 |
| 2024-2345 | | | | | 3,906.24 | $3,906.24 |
| **Total Howard, Pat (3835)** | | | | | **3,906.24** | **$3,906.24** |
| Iduozee, Faith (4235) | | | | | | $0.00 |
| 2024-2464 | | 7,040.00 | | | | $7,040.00 |
| **Total Iduozee, Faith (4235)** | | **7,040.00** | | | | **$7,040.00** |
| Isbell, Matt (3299) | | | | | | $0.00 |
| 2024-1996 | | | | | 500.00 | $500.00 |
| **Total Isbell, Matt (3299)** | | | | | **500.00** | **$500.00** |
| Javoronok, Ward (2892) | | | | | | $0.00 |
| 2024-2192 | | | | | 215.00 | $215.00 |
| **Total Javoronok, Ward (2892)** | | | | | **215.00** | **$215.00** |
| Jenkins, Jay (3477) | | | | | | $0.00 |
| 2024-2207 | | | | | -150.00 | $ -150.00 |
| **Total Jenkins, Jay (3477)** | | | | | **-150.00** | **$ -150.00** |
| Kagan, Jeff (2062) | | | | | | $0.00 |
| 2024-2334 | | | | | 12,896.64 | $12,896.64 |
| **Total Kagan, Jeff (2062)** | | | | | **12,896.64** | **$12,896.64** |
| Keel, Jim (3298) | | | | | | $0.00 |
| 2024-1995 | | | | | 250.00 | $250.00 |
| **Total Keel, Jim (3298)** | | | | | **250.00** | **$250.00** |
| Kohler, Belva (4318) | | | | | | $0.00 |
| 2025-2489 | | -10.00 | | | | $ -10.00 |
| **Total Kohler, Belva (4318)** | | **-10.00** | | | | **$ -10.00** |
| Leach, Jacob (2476) | | | | | | $0.00 |
| 2024-2209 | | | | | 1,000.00 | $1,000.00 |
| **Total Leach, Jacob (2476)** | | | | | **1,000.00** | **$1,000.00** |
| Lyle, Anna (4239) | | | | | | $0.00 |
| 2025-2477 | | 5,675.61 | | | | $5,675.61 |
| **Total Lyle, Anna (4239)** | | **5,675.61** | | | | **$5,675.61** |
| Lyle, Kimberly (4310) | | | | | | $0.00 |
| 2025-2488 | | -60.00 | | | | $ -60.00 |
| **Total Lyle, Kimberly (4310)** | | **-60.00** | | | | **$ -60.00** |
| Marcum, Rick (3767) | | | | | | $0.00 |
| 2024-2287 | | | | | 75.00 | $75.00 |

# TSFG LLC

## A/R Aging Summary

### As of March 31, 2025

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| **Total Marcum, Rick (3767)** | | | | | **75.00** | **$75.00** |
| McDonald, Hunter (4237) | | | | | | $0.00 |
| 2025-2485 | | | 20,081.74 | | | $20,081.74 |
| **Total McDonald, Hunter (4237)** | | | **20,081.74** | | | **$20,081.74** |
| McDonald, Jane (3363) | | | | | | $0.00 |
| 2024-2047 | | | | | 350.00 | $350.00 |
| **Total McDonald, Jane (3363)** | | | | | **350.00** | **$350.00** |
| Milton, Carly (3939) | | | | | | $0.00 |
| 2024-2416 | | | | | 5,879.95 | $5,879.95 |
| **Total Milton, Carly (3939)** | | | | | **5,879.95** | **$5,879.95** |
| O'Neal, Angela (3163) | | | | | | $0.00 |
| 2023-1939 | | | | | 200.00 | $200.00 |
| **Total O'Neal, Angela (3163)** | | | | | **200.00** | **$200.00** |
| Ogilvy, Patrick & Mellisa (4303) | | | | | | $0.00 |
| 2025-2494 | 2,780.10 | | | | | $2,780.10 |
| **Total Ogilvy, Patrick & Mellisa (4303)** | **2,780.10** | | | | | **$2,780.10** |
| Olliff, Janet (3240) | | | | | | $0.00 |
| 2024-2128 | | | | | 1,500.00 | $1,500.00 |
| **Total Olliff, Janet (3240)** | | | | | **1,500.00** | **$1,500.00** |
| Reed, Meg (4299) | | | | | | $0.00 |
| 2025-2491 | 5,959.93 | | | | | $5,959.93 |
| **Total Reed, Meg (4299)** | **5,959.93** | | | | | **$5,959.93** |
| Robinson, Alex (3618) | | | | | | $0.00 |
| 2024-2183 | | | | | 250.00 | $250.00 |
| **Total Robinson, Alex (3618)** | | | | | **250.00** | **$250.00** |
| Spaulding, Elaine (1355) | | | | | 500.00 | $500.00 |
| Steele, Kyle (4346) | | | | | | $0.00 |
| 2025-2495 | 20,302.61 | | | | | $20,302.61 |
| **Total Steele, Kyle (4346)** | **20,302.61** | | | | | **$20,302.61** |
| Stout, John David (3514) | | | | | | $0.00 |
| 2024-2166 | | | | | -0.01 | $ -0.01 |
| **Total Stout, John David (3514)** | | | | | **-0.01** | **$ -0.01** |
| Utterback, Debbie (3713) | | | | | | $0.00 |
| 2025-2482 | | 3,103.17 | | | | $3,103.17 |
| **Total Utterback, Debbie (3713)** | | **3,103.17** | | | | **$3,103.17** |
| Utterback, Debbie (3714) | | | | | | $0.00 |
| 2025-2483 | 12,684.89 | | | | | $12,684.89 |
| **Total Utterback, Debbie (3714)** | **12,684.89** | | | | | **$12,684.89** |
| Wolf, Chris and Angela (4264) | | | | | | $0.00 |
| 2025-2473 | | | 17,467.05 | | | $17,467.05 |
| **Total Wolf, Chris and Angela (4264)** | | | **17,467.05** | | | **$17,467.05** |
| Wolke, Donna (4307) | | | | | | $0.00 |

# TSFG LLC

## A/R Aging Summary

### As of March 31, 2025

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| 2025-2502 | 18,160.00 | | | | | $18,160.00 |
| **Total Wolke, Donna (4307)** | **18,160.00** | | | | | **$18,160.00** |
| Wood, Susan (4296) | | | | | | $0.00 |
| 2025-2496 | 25,042.19 | | | | | $25,042.19 |
| **Total Wood, Susan (4296)** | **25,042.19** | | | | | **$25,042.19** |
| xxxx | 25,583.94 | | | | | $25,583.94 |
| TOTAL | **$157,712.13** | **$22,365.80** | **$20,081.74** | **$24,779.97** | **$47,216.73** | **$272,156.37** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | TSFG, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known): | 23-53596 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Ally Financial Inc. | 2021 Ford Bronco | $ 58,797.00 | $ 50,000.00 |

Creditor's mailing address
PO Box 380901
Minneapolis, MN 55438

Creditor's email address, if known

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Ally Financial Inc. | 2022 Ford F150 | $47,307.00 | $41,000.00 |

Creditor's mailing address
PO Box 380901
Minneapolis, MN 55438

Creditor's email address, if known

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 1,538,785.00

Debtor  TSFG, LLC
                Name                                                                                    Case number (if known)  23-53596

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
Ally Financial Inc.

_____

Creditor's mailing address

PO Box 380901
Minneapolis, MN 55438

_____

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number  _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Mercedes Sprinter

$33,961.00    $35,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** Creditor's name
Bank of America

_____

Creditor's mailing address

PO Box 17237
Wilmington, DE 19886

_____

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number  _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Tesla Model X

$60,616.00    $45,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    TSFG, LLC
        Name                                                                Case number (if known)   23-53596

## Part 1:  Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5  Creditor's name**
CT Corporation System, as representative

**Creditor's mailing address**

330 N. Brand Blvd., Ste. 700
Glendale, CA 91203

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$0.00        $0.00

**Describe the lien**
Agreement you made, UCC Financing State

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.6  Creditor's name**
Financial Agent Services

**Creditor's mailing address**

PO Box 2576
Springfield, IL 62708

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$0.00        $0.00

**Describe the lien**
Agreement you made, UCC Financing State

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor    TSFG, LLC
Name                                                                    Case number (if known)   23-53596

---

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.7  Creditor's name
Ford Motor Credit

**Creditor's mailing address**

Bankruptcy Department
PO Box 35911, Cleveland, OH 44135

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Have you already specified the relative priority?
    - [ ] No. Specify each creditor, including this creditor, and its relative priority.

    _____

    - [ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Ford F150

$45,383.00        $50,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

### 2.8  Creditor's name
Ford Motor Credit

**Creditor's mailing address**

Bankruptcy Department
PO Box 35911, Cleveland, OH 44135

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Have you already specified the relative priority?
    - [ ] No. Specify each creditor, including this creditor, and its relative priority.

    _____

    - [ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Ford F250

$63,426.00        $70,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

Debtor    TSFG, LLC
      Name          Case number (if known)____ 23-53596

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9**  Creditor's name
Ford Motor Credit

**Describe debtor's property that is subject to a lien**

2022 Ford F250

$55,643.00    $60,000.00

Creditor's mailing address

Bankruptcy Department
PO Box 35911, Cleveland, OH 44135

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number    _____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10**  Creditor's name
Ford Motor Credit

**Describe debtor's property that is subject to a lien**

2022 Lincoln Navigator L

$68,115.00    $70,000.00

Creditor's mailing address

Bankruptcy Department
PO Box 35911, Cleveland, OH 44135

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number    _____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    TSFG, LLC
         Name                                                                    Case number (if known)    23-53596

| | | | Column A | Column B |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.11** Creditor's name
Georgia Banking Company

Creditor's mailing address

1776 Peachtree Street NW
Ste. 300, Atlanta, GA 30309

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket Lien

$241,000.00                    $0.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.12** Creditor's name
Oat Financial

Creditor's mailing address

25 Kent Avenue
Ste. 401, Brooklyn, NY 11249

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$293,537.00                    $0.00

**Describe the lien**

Agreement you made, MCA; UCC Financing

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page _6_ of _8_

Debtor     TSFG, LLC
           _____     Case number (if known) ___23-53596___
           Name

---

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13**  Creditor's name
PIRS

_____

**Creditor's mailing address**

1688 Meridian Avenue Ste 700
Miami Beach, FL 33139

**Creditor's email address, if known**

_____

**Date debt was incurred**     _____
**Last 4 digits of account number**     _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$571,000.00     $0.00

**Describe the lien**
Agreement you made, MCA loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.14**  Creditor's name
Tern Services, Inc.

_____

**Creditor's mailing address**

4068 Keswick Drive, SE
Atlanta, GA 30339

**Creditor's email address, if known**

_____

**Date debt was incurred**     _____
**Last 4 digits of account number**     _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$0.00     $0.00

**Describe the lien**
UCC Financing Statement, Loan was paid in

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

Debtor    TSFG, LLC
_____         Case number (*if known*)_____ 23-53596
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|------------------------------------------------|
| Georgia Banking Company<br>6340 Sugarloaf Parkway<br>Duluth, GA, 30097 | Line 2. 11 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____TSFG, LLC_____

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number _23-53596_
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Priority amount $_____

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account
number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account
number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account
number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor __TSPG, LLC_____ Case number (if known) _25-53596_
        Name

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
AAA Metals
P.O Box 1329
Hiram, GA 30141

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,545.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
ABC Supply
1 ABC Parkway
Beloit, WI 53511

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 90,000.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
American Express
PO Box 981535
El Paso, TX 79999

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 55,901.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** 1008

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
American Express
PO Box 981535
El Paso, TX 79999

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 127,449.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** 1008

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Arthur Merrill
5825 Riverwood Drive
Atlanta, GA 30328

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 100,000.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Beacon Sales Acquisition, Inc.
Kevin Seltzer|Seltzer & Seltzer, LC
130 S. Bemiston Ave., Ste. 303
Saint Louis, MO 63105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 291,000.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | TSPG LLC | Case number (if known) | 25-53596 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Extra Space Storage
2795 Cottonwood Parkway
Suite 400
Salt Lake City, UT 84121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Storage Space

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.8** Nonpriority creditor's name and mailing address

Laurence McCullough III
8865 Huntcliff Trace
Atlanta, GA 30350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.9** Nonpriority creditor's name and mailing address

Mid Atlantic Roofing Supply
MARS Corporate Office
7687 Old Plank Road
Stanley, NC 28164

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 361,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.10** Nonpriority creditor's name and mailing address

PNC Bank
PO Box 3429
Pittsburgh, PA 15230

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,725.00

Date or dates debt was incurred _____

Last 4 digits of account number __4860__

---

**3.11** Nonpriority creditor's name and mailing address

Smart Business Funding Services
1841 River Shoals Drive NE
Conyers, GA 30012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 3 of 6

Debtor _____TSPG LLC_____   Case number *(if known)*__25-53596__
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 12 **Nonpriority creditor's name and mailing address**

State Tax Incentives, LLC
6 Concourse Parkway NE Ste. 720
Atlanta, GA 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 150,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____  Case number _(if known)_ 25-53596
       Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
    assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Davidson County, TN|Office of Metropolitan Trustee 700 President Ronald Reagan Way Ste. 220, Metro;politan Trustee Nashville, TN 37210 | Line ____ ☑ Not listed. Explain: For Notice Purposes Only | _____ |
| 4.2. | Georgia Department of Labor 148 Andrew Young Inter. Blvd Room 738 Atlanta, GA 30303-0000 | Line ____ ☑ Not listed. Explain For Notice Purposes Only | _____ |
| 4.3. | Georgia Department of Revenue Bankruptcy 2595 Century Parkway NE, Suite 339 Atlanta, GA 30345 | Line ____ ☑ Not listed. Explain For Notice Purposes Only | _____ |
| 4.4. | Internal Revenue Service CIO P.O. Box 7346 Philadelphia, PA 19101-7346 | Line ____ ☑ Not listed. Explain For Notice Purposes Only | _____ |
| 41. | Tennessee Department of Revenue 500 Deaderick Street Nashville, TN 37242 | Line ____ ☑ Not listed. Explain For Notice Purposes Only | _____ |
| 4.5. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.6. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.7. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.8. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.9. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.10. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.11. | | Line ____ ☐ Not listed. Explain | _____ |

Debtor _____  Case number _(if Known)_ _25-53596_
     Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,266,620.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,266,620.00 |

**Fill in this information to identify the case:**

Debtor name __TSFG, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __23-53596__  Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Nashville lease - Security Properties | Security Properties |
| State the term remaining | 2 months | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___TSFG, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___23-53596___

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Laurence McCullough III | 8865 Huntcliff Trace Atlanta, GA 30350 | Beacon Sales Acquisition, | ☐ D ☑ E/F ☐ G |
| 2.2 Scott Osmon | 803 Division St #1422 Nashville, TN 37203 | Beacon Sales Acquisition, | ☐ D ☑ E/F ☐ G |
| 2.3 Scott Osmon | 803 Division St #1422 Nashville, TN 37203 | Bank of America | ☑ D ☐ E/F ☐ G |
| 2.4 Laurence McCullough | 8865 Huntcliff Trace Atlanta, GA 30350 | Georgia Banking Compan | ☑ D ☐ E/F ☐ G |
| 2.5 Scott Osmon | 803 Division St #1422 Nashville, TN 37203 | Georgia Banking Compan | ☑ D ☐ E/F ☐ G |
| 2.6 Scott Osmon | 803 Division St #1422 Nashville, TN 37203 | Ford Motor Credit | ☑ D ☐ E/F ☐ G |

Debtor    TSFG, LLC
Name

Case number *(if known)* 23-53596

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | Mailing address | **Name** | Check all schedules that apply: |
| 2.7 | Scott Osmon | 803 Division St #1422 Nashville, TN 37203 | Ford Motor Credit | ☑ D ☐ E/F ☐ G |
| 2.8 | Laurence McCullough III | 8865 Huntcliff Trace Atlanta, GA 30350 | Ford Motor Credit | ☑ D ☐ E/F ☐ G |
| 2.9 | Laurence McCullough III | 8865 Huntcliff Trace Atlanta, GA 30350 | ABC Supply | ☐ D ☑ E/F ☐ G |
| 2.10 | Scott Osmon | 803 Division St #1422 Nashville, TN 37203 | ABC Supply | ☐ D ☑ E/F ☐ G |
| 2.11 | Laurence McCullough III | 8865 Huntcliff Trace Atlanta, GA 30350 | Ford Motor Credit | ☑ D ☐ E/F ☐ G |
| 2.12 | Laurence McCullough III | 8865 Huntcliff Trace Atlanta, GA 30350 | Ally Financial Inc. | ☑ D ☐ E/F ☐ G |
| 2.13 | Laurence McCullough III | 8865 Huntcliff Trace Atlanta, GA 30350 | Mid Atlantic Roofing Supply | ☐ D ☑ E/F ☐ G |
| 2.14 | Scott Osmon | 803 Division St #1422 Nashville, TN 37203 | Mid Atlantic Roofing Supply | ☐ D ☑ E/F ☐ G |

Debtor      TSFG, LLC                                         Case number *(if known)*  23-53596
_____
Name

| ■ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2. 15 | Scott Osmon | 803 Division St #1422 Nashville, TN 37203 | Ally Financial Inc. | ☑ D ☐ E/F ☐ G |
| 2. 16 | Laurence McCullough III | 8865 Huntcliff Trace Atlanta, GA 30350 | PIRS | ☑ D ☐ E/F ☐ G |
| 2. 17 | Scott Osmon | 803 Division St #1422 Nashville, TN 37203 | PIRS | ☑ D ☐ E/F ☐ G |
| 2. 18 | Scott Osmon | 803 Division St #1422 Nashville, TN 37203 | American Express | ☐ D ☑ E/F ☐ G |
| 2. 19 | Scott Osmon | 803 Division St #1422 Nashville, TN 37203 | American Express | ☐ D ☑ E/F ☐ G |
| 2. ___ | | | | ☐ D ☐ E/F ☐ G |
| 2. ___ | | | | ☐ D ☐ E/F ☐ G |
| 2. ___ | | | | ☐ D ☐ E/F ☐ G |

**United States Bankruptcy Court**

IN RE:                                            Case No. 23-53596 _____

TSFG, LLC
_____ Chapter 11 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Scott Osmon 803 Division St #1422, Nashville, TN 37203 | 50 | Managing member |
| Laurence McCullough III 8865 Huntcliff Trace, Atlanta, GA 30350 | 50 | Managing member |

**Fill in this information to identify the case and this filing:**

Debtor Name _____TSFG, LLC_____

United States Bankruptcy Court for the: _Northern District of Georgia_____

Case number (*If known*): _____23-53596_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _04/18/2025_          ✘ /s/ Scott Osmon
             MM / DD / YYYY          _____
                                     Signature of individual signing on behalf of debtor

                                     Scott Osmon
                                     _____
                                     Printed name

                                     Member
                                     _____
                                     Position or relationship to debtor

# United States Bankruptcy Court

_____ Northern District of Georgia _____

**In re** TSFG, LLC

Case No. 23-53596 _____

**Debtor**

Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 35,000.00 _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 595.00 _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

   d.  [Other provisions as needed]

A. prepare and file on behalf of the client all petitions, schedules, statements, plans, and other documents or pleadings;

B. attend and represent the client at all meetings of creditors, hearings, trials, conferences, and other proceedings, whether in or out of court;

C. provide legal advice to the client as to the rights, duties, and powers of the client as a debtor in possession in a chapter 11 case, and as to other matters arising in or related to the chapter 11 case; and

D. otherwise assist, advise, and represent the client on matters related to the chapter 11 case as requested by the client.

Attorney: Standard Hourly Rate:

William A. Rountree $595.00

Will B. Geer $595.00

Michael Bargar $535.00

Hal Leitman $425.00

David S. Klein $495.00

Alexandra Dishun $425.00

Elizabeth Childers $425.00

Ceci Christy $425.00

Caitlyn Powers $375.00

Shawn Eisenberg $300.00

William Matthews $425.00

Paralegals: Standard Hourly Rate:

Dorothy Sideris    $225.00

Elizabeth Miller $290.00

Megan Winokur $175.00

Catherine Smith $150.00

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

 None

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/18/2025

*Date*

/s/ William Rountree, 616503

*Signature of Attorney*

Rountree, Leitman, Klein & Geer, LLC

*Name of law firm*
2987 Clairmont Road
Suite 350
Atlanta, GA 30329